# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS QUEEN, | Case No.: 1:15-cv-00413-JLT |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT PETITION (Doc. 8) |
| v. | |
| A. MATEVOUSIAN, Warden, | |
| Respondents. | |

Petitioner is a state federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The instant petition was filed on March 16, 2015. (Doc. 1). On April 6, 2015, the Court ordered Respondent to file a response to the petition within sixty days. (Doc. 5). On April 13, 2015, Petitioner filed the instant motion to supplement the petition with a document purporting to identify the government-insured branches of the Provident Bank of Maryland. (Doc. 8). Because this document arguably is relevant to the claims raised in the petition, and because no prejudice would inure to Respondent by granting the motion, the Court will grant Petitioner's motion to supplement the petition with the proffered document.

///

///

///

1

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion to supplement the petition for writ of habeas corpus (Doc. 8), is GRANTED.

IT IS SO ORDERED.

Dated:   **April 16, 2015**                             /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE