UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS QUEEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. MATEVOUSIAN,<br><br>　　　　Respondent. | Case No.: 1:15-cv-00413-JLT<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR MORE DEFINITE STATEMENT (Doc. 41)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN ANY FURTHER SUBMISSIONS FROM PETITIONER WITHOUT FILING |

　　　　On November 13, 2015, the Court dismissed this case and entered judgment.  (Docs. 24 & 25). Thereafter, Petitioner filed three motions for reconsideration, all of which were denied.  (Docs. 26; 31; 34).  The Court also denied Petitioner's requests to supplement his motions for reconsideration.  (Doc. 39).  That order expressly stated that no further filings would be accepted in this closed case.  On July 29, 2016, the Ninth Circuit dismissed Petitioner's appeal after refusing to issue a certificate of appealability.  (Doc. 40).  On August 3, 2016, Petitioner filed the instant motion, asking this Court to provide a more definite statement regarding the address of the bank which Petitioner was convicted of robbing.  (Doc. 41).  Because the petition has been dismissed and the case closed, the motion for more definite statement (Doc. 41), **and any future submissions to this Court**, will be **DISREGARDED**.

**ORDER**

　　　　For the foregoing reasons, the Court ORDERS:

　　　　1. Petitioner's motion for more definite statement (Doc. 41), is DISREGARDED;

2. The Clerk of the Court is DIRECTED to return any further submissions by Petitioner without filing.

IT IS SO ORDERED.

Dated: __**August 9, 2016**__                    __/s/ Jennifer L. Thurston__
                                                               UNITED STATES MAGISTRATE JUDGE